195 So.2d 909

**Jessie Garvis ARGO**

v.

**STATE.**

**6 Div. 446.**

Supreme Court of Alabama.

March 2, 1967.

Jessie Garvis Argo, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Jessie Garvis Argo for certiorari to the Court of Appeals to review and revise the judgment and decision in

**708**

Argo v. State, 43 Ala.App. 564, 195 So.2d 901.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.